UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Ardeth Ann Allred, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 6:15-cv-04722-MGL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER GRANTING CONSENT MOTION** |
| Belk, Inc., | ) | **TO STAY SCHEDULING ORDER** |
| | ) | **DEADLINES** |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon consent motion of the Parties to stay the current scheduling order deadlines (ECF No. 25) pending mediation and the resolution of Defendant Belk, Inc.'s Motion for Summary Judgment (ECF No. 22).

Mediation in this matter is currently scheduled for December 29, 2016. Further, Defendant Belk, Inc.'s Motion for Summary Judgment is currently pending before this Court. The parties have agreed to stay the current scheduling order deadlines. Therefore, all current scheduling order deadlines are stayed.

IT IS SO ORDERED.


 s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

December 20, 2016
Columbia, South Carolina